IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| JAMES WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:22CV000018 |
| | ) |
| BRISTOL VIRGINIA UTILITY | ) |
| AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE RESPONSE**

COMES NOW Plaintiff James Wood (hereinafter, "Mr. Wood" or "Plaintiff"), by counsel, and submits this Unopposed Motion to For Extension of Time to File Response. In support of this Motion, Plaintiff, by counsel, provides the following:

1. Defendant Bristol Virginia Utility Authority has filed two Motions to Dismiss in this matter [Docket No. 5 and Docket No. 7].

2. Plaintiff's counsel's law office was closed the entire week of July 4, 2022, with limited cellular telephone and mobile data reception. Plaintiff's counsel is also currently working on a summary judgment brief in another matter.

3. Plaintiff asks for an extension of time of one week with respect to Defendant's motions, whereby responsive pleadings would be due on or before July 29, 2022.

4. Defendant does not objection to this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline to file a response to Defendant's two motions to dismiss to July 29, 2022, and that Defendant's reply brief be filed on or before August 5, 2022.

Respectfully submitted,

**JAMES WOOD**

By /s/ Thomas E. Strelka

Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
brittany@strelkalaw.com
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th of July, 2022, the foregoing was filed using the CM/ECF system, which will send notification to all counsel of record.

/s/ Thomas E. Strelka
Thomas E. Strelka