IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| JAMES WOOD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Case No. 1:22CV000018 |
| | ) |
| BRISTOL VIRGINIA UTILITY AUTHORITY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

This matter came before the Court on Plaintiff's Unopposed Motion for Extension of Time in Which to File Response to Defendant's two Motions to Dismiss. As Defendant has no objection to the extension, and for good cause shown, it is hereby **ORDERED** that Plaintiff's Unopposed Motion for Extension of Time is **GRANTED**, and it is further **ORDERED** that Plaintiff shall have an extension until and including July 29, 2022, to file responsive pleadings. The Clerk is directed to submit a certified electronic copy of this Order to all counsel of record via the Court's CM/ECF filing system.

Entered this _____ day of July, 2022.

_____
Senior United States District Court Judge

1