IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| **JAMES WOOD,** ) | |
|     Plaintiff, ) | |
| ) | |
| **v.** ) | Case No. 1:22cv00018 |
| ) | |
| **BRISTOL VIRGINIA UTILITY** ) | |
| **AUTHORITY,** ) | |
|     Defendant. ) | |

## ORDER

This matter came before the court on Plaintiff's Unopposed Motion For Extension of Time in Which to File Response, (Docket Item No. 9) ("Motion"), to Defendant's two Motions to Dismiss. As defendant has no objection to the extension, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that plaintiff shall have an extension until and including July 29, 2022, to file responses to the Motions to Dismiss, (Docket Item Nos. 5, 7). The defendant shall file any reply memoranda by August 12, 2022. The Clerk is directed to submit a certified electronic copy of this Order to all counsel of record via the Court's CM/ECF filing system.

    **ENTERED:** This 13th day of July, 2022.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE