## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **JAMES WOOD**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BRISTOL VIRGINIA UTILITY** | ) | JUDGE JAMES P. JONES |
| **AUTHORITY**, | ) | |
| | ) | |
| Defendant. | ) | |

It appearing proper, and there being no timely objection by the defendant, Plaintiff's Motion for Leave to Conduct Discovery, ECF No. 19, is GRANTED.  The plaintiff may engage in discovery as to Counts I and II of the Complaint limited to the issue of sovereign immunity, provided that such discovery must be completed within 60 days of the date of entry of this Order.  The plaintiff must file any supplemental response to the defendant's Motion to Dismiss for Lack of Jurisdiction of such Counts within 21 days following the close of such discovery and the defendant may file a reply thereto within 14 days thereafter.

It is so **ORDERED**.

ENTER:  October 12, 2022

/s/ JAMES P. JONES
Senior United States District Judge