IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Abingdon Division

| | |
|---|---|
| JAMES WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:22cv18 |
| | ) |
| BRISTOL VIRGINIA UTILITY AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DISMISS COUNT V
FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, BVU Authority, incorrectly sued herein as Bristol Virginia Utility Authority, by counsel, submits this motion to dismiss Count V for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and states that the Complaint fails to state a claim for the reasons stated in the accompanying memorandum of law.

                                          Respectfully submitted,

                                          BVU AUTHORITY (incorrectly sued
                                          herein as BRISTOL VIRGINIA
                                          UTILITY AUTHORITY)

                                          /s/  Jennifer D. Royer
                                                Of Counsel

Jennifer D. Royer, Esq. (VSB # 68099)
ROYER LAW FIRM, P.C.
PO Box 4525

Roanoke, Virginia 24015
540.788.2892  Telephone
540.675.4093  Facsimile
jroyer@royerlawfirm.com
Counsel for Defendant

CERTIFICATE

      I hereby certify that on the ___ day of _____, 2023, I have electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Thomas E. Strelka, Esq.
    L. Leigh R. Strelka, Esq.
    N. Winston West, Esq.
    Brittany M. Haddox, Esq.
    Monica L. Mroz, Esq.
    STRELKA EMPLOYMENT LAW
    119 Norfolk Avenue, SW, Suite 330
    Roanoke, Virginia 24011

                                                /s/  Jennifer D. Royer
                                                Jennifer D. Royer, Esq. (VSB # 68099)
                                                ROYER LAW FIRM, P.C.
                                                PO Box 4525
                                                Roanoke, Virginia 24015
                                                540.788.2892  Telephone
                                                540.675.4093  Facsimile
                                                jroyer@royerlawfirm.com
                                                Counsel for Defendant