**VIRGINIA:**

## IN THE CIRCUIT COURT OF THE CITY OF ROANOKE

SUSANNA BETH CAMP,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀PLAINTIFF,⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No.: CL21-2268
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
CITY OF ROANOKE | CITY OF⠀⠀⠀)
ROANOKE POLICE DEPARTMENT,⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀DEFENDANT.⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

## ORDER

Pending before this Court is a Motion for Summary Judgment filed by Defendant City of Roanoke | City of Roanoke Police Department ("the City") as to Count I of the Complaint, which contains claims brought under the Virginia Whistleblower Protection Act ("VWA"), codified at Virginia Code § 40.1-27.3, and the Virginia Fraud and Abuse Whistle Blower Protection Act ("VFAWBPA"), codified at Code § 2.2-3009 *et seq.*

The parties came before the Court for a hearing on this motion on November 3, 2022. After considering the parties' written submissions and the arguments of counsel, the Court read into the record its holdings and conclusions as a matter of law. For the reasons stated by the Court, it is hereby ADJUDGED, ORDERED, and DECREED as follows:

1. The City's Motion for Summary Judgment on Count I of the Plaintiff's Amended Complaint is GRANTED. The Court finds that all of the alleged action(s) and/or inaction(s) by the Defendant, the City, were governmental in nature and, therefore, Count I of the Amended Complaint is barred by the doctrine of sovereign immunity; and

2.  In the first alternative, the City's Motion for Summary Judgment on the VWA claim in Count I of Plaintiff's Amended Complaint is GRANTED.  The Court finds that the VWA does not authorize claims against the City; and

3.  In the second alternative, the City's Motion for Summary Judgment on the VFAWBPA claim in Count I of the Amended Complaint is DENIED.  This Court finds triable issues of material fact as to whether the VFAWBPA authorizes Plaintiff's claims against the City; and

4.  It is hereby ORDERED that the Clerk furnish a copy of this Order to all Parties.

    ENTERED this _____ day of _____, 2022

    _____
    Hon. David B. Carson

REQUESTED BY:

Paul G. Klockenbrink (VSB No. 33032)
Catherine J. Huff (VSB No. 78610)
Jessiah S. Hulle (VSB No. 95828)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
Facsimile: (540) 983-9400
klockenbrink@gentrylocke.com
huff@gentrylocke.com

Ryan J. Starks (VSB No. 93068)
GENTRY LOCKE
919 E. Main Street, Suite 1130
Richmond, Virginia 23219
(804) 956-2062
Facsimile: (540) 983-9400
starks@gentrylocke.com

Timothy R. Spencer
City Attorney (VSB No. 26532)
Kelsey M. Durkin
Assistant City Attorney (VSB No. 90897)
464 Municipal Building
215 Church Avenue
Roanoke, Virginia 24011
(540) 853-2431
Facsimile: (540) 853-1221
Timothy.Spencer@roanokeva.gov
Kelsey.Durkin@roanokeva.gov

*Counsel for Defendant*



SEEN AND OBJECTED TO FOR THE FOLLOWING REASONS:

Sovereign immunity does not bar either causes of action pleaded in Count I. Additionally, the alleged action(s) and/or inaction(s) by the Defendant, the City, that gave rise to the causes of action in this matter were not governmental in nature.  The Defendant is liable to the Plaintiff under both the Virginia Whistleblower Protection Act ("VWA"), codified at Virginia Code § 40.1-27.3, and the Virginia Fraud and Abuse Whistle Blower Protection Act ("VFAWBPA"), codified at Code § 2.2-3009 *et seq.*. The operative pleadings correctly state actionable claims for the Plaintiff under both acts.  Further, both cited statutes provide private rights of action against the Defendant.

Thomas E. Strelka (VSB No. 75488)
L. Leigh R. Strelka (VSB No. 73355)
N. Winston West (VSB No. 92598)
Brittany M. Haddox (VSB No. 86416)
Monica L. Mroz (VSB No. 65766)
STRELKA LAW OFFICE, PC
4227 Colonial Ave
Roanoke, Virginia 24018
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

*Counsel for Plaintiff*

