# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Abingdon Division

| | |
|---|---|
| **JAMES WOOD,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )   Case No. 1:22-cv-18<br>) |
| **BRISTOL VIRGINIA UTILITY AUTHORITY,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL / MOTION FOR STAY

COMES NOW, attorney Thomas E. Strelka of Virginia Employment Law and provides as follows:

1. Plaintiff and Virginia Employment Law of Roanoke, Virginia no longer have a continuing relationship of representation.

2. Should Plaintiff and Virginia Employment Law continue to work together on this matter, circumstances have arisen such that an unavoidable conflict of interest would manifest preventing further representation.

3. The conflict of interest was never apparent from the beginning of this matter and developed over the course of this matter.

4. Plaintiff's former counsel hereby moves to withdraw from this matter and also moves that this Court enter an Order staying this matter for sixty (60) days to allow Plaintiff to find alternate legal counsel.

5. Plaintiff's contact information will be provided to the Court so that Plaintiff may receive copies of all pleadings and mail related to this matter.

6. A stay is justified to permit *pro se* Plaintiff time to find the counsel needed to advance this matter. This matter has not yet proceeded through depositions.

WHEREFORE, Plaintiff's former counsel respectfully requests the following relief:

(1) That this Court enter an Order withdrawing counsel Thomas E. Strelka, L. Leigh Rhoads, Brittany Haddox, and Monica Mroz as attorneys of record in this matter for Plaintiff;

(2) That this Court enter an Order that stays these proceedings for sixty (60) days; and

(3) Any other relief that this Court should find to be equitable.

Respectfully submitted,

**THOMAS E. STRELKA**

_____

Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh Rhoads, Esq. (VSB # 73355)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel:  540-283-0802
thomas@vaemployment.law
leigh@vaemployment.law
brittany@vaemployment.law
monica@vaemployment.law

## **CERTIFICATE OF SERVICE**

      I certify, that on the 14th day of June, 2024, the foregoing was sent via electronic mail to the following:

Jennifer D. Royer, Esq. (VSB # 68099)
ROYER LAW FIRM, P.C.
PO Box 4525
Roanoke, Virginia 24015
540.788.2892  Telephone
540.675.4093  Facsimile
jroyer@royerlawfirm.com
Counsel for Defendant

                                                  /s/ Thomas E. Strelka