# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JAMES WOOD** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BRSITOL VIRGINIA UTILITY AUTHORITY,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

It appearing that counsel for the plaintiff represents to the Court that they have a present conflict of interest and it thus appearing proper, it is **ORDERED** as follows:

1. The Motion to Withdraw as Counsel/Motion for Stay, ECF No. 38, is GRANTED;

2. Thomas E. Strelka, L. Leigh Rhoads, Brittany M. Haddox, Monica L. Mroz, and any other lawyers employed with their firm during the pendency of this case, are removed as counsel in this case;

3. Plaintiff James Wood is granted 60 days from the date of this Order to retain new legal counsel and within that time, new counsel must enter a written appearance;

4. The trial scheduled for November 13–14, 2024, is CANCELLED, along with any other deadlines previously imposed;

5. Removed counsel must promptly provide a copy of this Order to plaintiff and advise the Clerk of the current mailing address of the plaintiff, which address shall be added to the docket; and

6. In the event new counsel does not enter an appearance in this case within the time allowed, the Court will schedule a hearing with the plaintiff at which further scheduling of the case will be determined.

ENTER: June 17, 2024

/s/ JAMES P. JONES
Senior United States District Judge