CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 19, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JAMES WOOD,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22CV00018 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **BRISTOL VIRGINIA UTILITY AUTHORITY,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendant. | ) | |

No lawyer has entered an appearance in this case on behalf of the plaintiff James Wood.  The Court will hold a status conference hearing to set a trial date for the case and resolve any other pretrial issues.  **James Wood must appear in person** before the Court at its courtroom in the Federal Building and Courthouse, 180 West Main Street, Abingdon, Virginia, on **September 12, 2024, at 1:30 p.m**.  If he does not appear at that date and time, the Court will assume he has lost interest in the matter and his case may be dismissed without further notice.

If there are any questions about this matter, they may be directed to Felicia Clark, Courtroom Deputy, at (276) 628-5116.  The Clerk shall mail a copy of this Order to James Wood, 21129 Battle Hill Drive, Bristol, VA 24202.

It is so **ORDERED**.

ENTER:  August 19, 2024

/s/  JAMES P. JONES
Senior United States District Judge