# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

SEP 12 2024

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

| | |
|---|---|
| **JAMES WOOD,** ) | |
| ) | |
| Plantiff, ) | Case No. 1:22CV00018 |
| ) | |
| v. ) | **REQUEST** |
| ) | James D. Wood |
| ) | |
| **BRISTOL VIRGINIA** ) | |
| **UTILITY AUTHORITY,** ) | |
| ) | |
| ) | |
| Plaintiff, ) | |

I hereby request leniency from the court regarding proper procedure and process as I am not an attorney. If the court provides any resources to attempt to continue may case on my own, I would be grateful for assistance. If granted the time necessary I will attempt to locate other counsel to continue this case for the betterment of the community.

My primary reason for filing this case, not the only reason, was for the safety, health, and welfare of the community. As I am no longer employed with the defendant, I have a sincere concern for the community. I have repeatedly attempted to settle this matter with the defendant quietly and without the court's intervention, however, the defendant continues

1

to only offer money as a means of settlement, rather than a course to prevent these types of errors from occurring again.

The efforts written here are an attempt to discover that the initial matter was corrected, and this type of event does not occur again. The following is a timeline of events as they occurred to the accuracy of the records, I have been able to obtain.

## 06-04-2016

Per the records from the Virginia Department of Environmental Quality, report number 68854, a transformer oil spill occurred. PReP (virginia.gov)

Q PReP Search > #68854 - Probable transformer leak

Report   Events   Original Report

### Overview

**Status:** Closed

**Incident Date/Time:** 6/4/2016, 12:00:00 PM

**Received Date/Time:** 7/28/2016, 11:04:23 AM

**Assignee:** C.Nathan Grinstead Petroleum Compliance

**Summary of Incident Details:**

Probable oil leak from BVU Authority electrical transformer.

### 06-13-2016

I was hired. Please note this event occurred before I was hired and it was not reported.



### 06-14-2016 – 06-30-2016

I was made aware of the unreported transformer oil by other employees because they were afraid to do so.

I reported the transformer oil spill to Don Bowman who promptly informed me he was aware of it and "we" did not own that transformer the business owned it. It was not "our" responsibility to clean it up.

Three times I asked the electric system engineer, Richard Adkins, who owned the transformer. Twice he answered, "we owned it". The third time he answered "we owned it" I informed him Don Bowman beleived the business owned the transformer and it was not our responsibility to clean it up, he answered "we own and he knows it"!

3

## 07-01-2016

I sent Don Bowman an email to request a meeting.

From: Wood, James
Sent: Friday, July 1, 2016 8:37 AM
To: Bowman, Don <dbowman@bvua.com>
Subject: Transformer Oil Spill

Don,

Every since I reported the Transformer Oil spill to you it seems to me my Engineering supervisor had greatly changed the way I am being treated here at BVU. I sincerely hope this is not true. Nonetheless I feel it is necessary to inform you. I would also like to have a meeting with you, Brad Griswold, Phillip King, and Richard Adkins to discuss if I have performed my duties properly in reporting the spill. If I have upset Phillip by going directly to you with the issue it was not my intention to do so. Any assistance you can provide in this matter would be greatly appreciated.

Sincerely,

James D. Wood

## 07-01-2016

I continued to be harassed by Philip King for reporting the transformer oil Spill and sent Philip an email to inform him I was going to lunch.

Gmail

James Wood <529jdwood@gmail.com>

**Going To Lunch**
1 message

Wood, James <jdwood@bvua.com>  Fri, Jul 1, 2016 at 11:39 AM
To: "King, Philip" <pking@bvua.com>, "529jdwood@gmail.com" <529jdwood@gmail.com>

Per your request after our conversation on Pendergrass with Denise our line locator about the transformer oil spill and an unauthorized leave that has not occurred yet you requested I let you know when I was going to lunch. I'm now going to lunch and will return to the office when finished with lunch.

James

Sent from my Windows Phone

CONFIDENTIALITY NOTICE: The information contained in this email INCLUDING ALL ATTACHMENTS is strictly confidential information intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited and you are requested not to review the attachments. If you have received this communication in error, please advise the sender by immediate reply or telephone.

**07-28-2016**

Per the records from the Virginia Department of Environmental Quality, report number 68854, Don Bowman reported a transformer oil spill.

## Location

**Region Name:** Southwest

**Address:** Industrial Park Rd., Bristol, VA 24202

**City/County (FIPS):** 191 - Washington County

**Received Date/Time:** 7/28/2016, 11:04:23 AM

**Detailed Incident Location:**

Industrial Park Rd. Bristol, VA 24202

## Contacts

**Potentially Responsible Party:** BVU Authority: Don Bowman

**Reported By:** BVU Authority: Don Bowman

**Property Owner:** Not Provided.

**Contact on Scene:** Not Provided.

**07-28-2016**

Per the records from the Virginia Department of Environmental Quality, report number 68854, No steps are taken to Reduce, Prevent, or Mitigate.

## Steps to Reduce, Prevent, Mitigate

**07-28-2016**

Per the records from the Virginia Department of Environmental Quality, report number 68854, the was a 0-gallon discharge volume. If this refers to the amount of oil discharged from the transformer this is factually inaccurate.

## Unauthorized Discharges

**Duration of Event (HRs):** 0

**Wet Weather Event:**

**Discharge Treated:**

**Discharge Volume (gallons):** 0

**Discharge Volume Unknown:** N

**Other Type of Structure:**

**Corrective Action Taken:**

6

**Shortly before 5/28/2021**

I woke up in the ICU at Bristol Regional Medical center attempting to recover from COVID-19 receiving phone calls from coworkers regarding server passwords, procedures, and other thigs. All I could think about was this transformer oil spill and the fear it was not handled properly. If I did not recover, I did not finish the GIS system that would allow employees to report these types of things anonymously.

I received an unplanned conference call from Don Bowman with several of the mangers on the call. When I brought up this issue Don became angry and abruptly ended the conversation. On 05/28/2021, under quarantine, with a positive COVID-19 test result, I received a termination of employment letter from Don Bowman.

I have attempted to resolve this conflict with my former employer repeatedly and I am still willing to settle but not for money alone. Money is not going to solve this issue for the betterment of health, safety, and welfare of the community. If the court has any resources available to assist me with these goals I would like to use them.

*James D. Wood* 9/12/2024
James D. Wood

James D. Wood
21129 Battle Hill Dr.
Bristol Va. 24201