# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**JAMES WOOD**

vs.

**BRISTOL VIRGINIA UTILITY AUTHORITY**

Action No:   1:22CV18

Date:   9/12/2024

Judge:   James P. Jones

Court Reporter:   Cynthia Bragg, OCR

Deputy Clerk:   Felicia Clark

Plaintiff Attorney(s)

James Wood, Pro Se / Present in Person

Defendant Attorney(s)

Jennifer Royer via Teleconference

PROCEEDINGS:

Status conference held. All parties were present and ready to proceed. Court discussed trial progression with the parties. Court will allow the pro se plaintiff additional time to think about his options. The court will allow defense counsel 2 weeks to contact the court in re: settlement. If no settlement within the 2 week time frame, a mediation hearing will be set by the Court. Order forthcoming. Court adjourned.

**Time in Court:**   1:31 – 1:56 p.m. (25 minutes)