IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
October 01, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

| | |
|---|---|
| **JAMES WOOD** ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22CV00018 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BRISTOL VIRGINIA UTILITY** ) | JUDGE JAMES P. JONES |
| **AUTHORITY,** ) | |
| ) | |
| Defendant. ) | |

It appearing proper, this case is hereby referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, to conduct mediation proceedings. The case is otherwise STAYED pending and during such proceedings.

It is so **ORDERED**.

ENTER: October 1, 2024

/s/ JAMES P. JONES
Senior United States District Judge